# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131840-1

BERNARD PENZIEN and KAREN PENZIEN,
      Plaintiffs-Appellants,

v

                                  SC: 131840, 131841
                                  COA: 259536, 259540
                                  St. Clair CC: 04-000508-CC

VILLAGE OF CAPAC,
         Defendant-Appellee,

and

DEPARTMENT OF TREASURY,
         Defendant.
_____/

On order of the Court, the application for leave to appeal the June 29, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007                                  _____

d0220                                             Clerk